UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Travelers Property Casualty Company of America,<br><br>*Plaintiffs,*<br><br>v.<br><br>Certain Underwriters at Lloyds London Subscribing to Policy No. 1900598, et al.<br><br>*Defendants*. | Civ. Action No. 24-6750 (MEF)<br><br><br><br><br><br>**Order for dismissal**<br>**Pursuant to F.R. Civ. P. 4(m)** |

**Michael E. Farbiarz, U.S.D.J.**

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 16th day of January, 2025,

**O R D E R E D** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
Michael E. Farbiarz, U.S.D.J.