## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO POLICY NO. 1900598 and NEWLINE SYNDICATE 1218 at LLOYD'S,<br><br>Defendant. | Case No. 24-6750 (MEF)<br><br>NOTICE OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Travelers Property Casualty Company of America ("Travelers") to this action, by and through its undersigned counsel, hereby gives notice of dismissal of this case with prejudice. Travelers respectfully request that the Court enter an order dismissing this action with prejudice.

Dated: February 7, 2025

USERY & ASSOCIATES

By: /s/ Tariq J. Messineo
Tariq J. Messineo
*Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA*
Tel: 860.954.4765
Fax: 844.571.3789
Email: tmessine@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 2996
Hartford, CT 06104-2996

Physical Address:
485 Lexington Avenue, 6th Floor

2

New York NY 10017

2